# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

158462 & (52)(53)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARGARET A. BACON,
        Plaintiff-Appellee,

v

STATE OF MICHIGAN and DEPARTMENT
OF ENVIRONMENTAL QUALITY,
        Defendants-Appellants.

SC: 158462
COA: 339009
Court of Claims: 16-000312-MM

_____/

On order of the Court, the motions to hold the defendants' application for leave to appeal in abeyance for *Mays v Governor* (Docket Nos. 157335-7, 157340-2) and to expedite consideration are considered, and they are GRANTED in part. We ORDER that the application for leave to appeal the August 16, 2018 judgment of the Court of Appeals be held in ABEYANCE pending the decisions in *Mays.*

CLEMENT, J., not participating due to her prior involvement as chief legal counsel for the Governor.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019

Clerk

a0624